## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                              :
                                                    :      Chapter 13
DALANDA AVERETTE,                                   :
                                                    :      Bankruptcy No. 20-13064(ELF)
                            Debtor.                 :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 22) filed by the City of Philadelphia on January 12, 2021.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 13, 2021        By:    */s/ Joshua Domer*
                                      JOSHUA DOMER
                                      Assistant City Solicitor
                                      PA Attorney I.D. 319190
                                      Attorney for the City of Philadelphia
                                              and/or
                                      Water Revenue Bureau
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA 19102-1595
                                      215-686-0519 (phone)
                                      Email: Joshua.Domer@phila.gov