**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:          DALANDA AVERETTE,          :          Chapter 13
                                           :
                Debtor                     :          Bky. No.  20-13064 ELF

## O R D E R

AND NOW, after a hearing, and for the reasons stated in court on **January 19, 2021,** it is

hereby **ORDERED** that:

1. **On or before January 26, 2021**,  the Debtor shall file (and serve in accordance with the

   rules of court) any proofs of claim, objections to proofs of claim, motions or adversary

   complaints necessary to the confirmation of the Debtor's chapter 13 plan.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case

   without further notice or hearing.

Date:  January 19, 2021

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE