## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Chapter 13 | |
| Dalanda Averette | : | | |
| Debtor | : | Bankruptcy No. 20-13064-elf | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, I caused a copy of the foregoing Motion to Determine Valuation of Secured Debt and the Notice of Motion, Response Deadline and Hearing Date, to be served upon all parties in interest as follows:

Via CM/ECF to:

**William C. Miller, Esq.**
Standing Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

Via Electronic Mail to:

Crescent Bank
bankruptcy@cbtno.com

Via Certified Mail to:

Crescent Bank
Attn: **Angela Coleman**
PO Box 2829
Addison, TX 75001

Under penalty of perjury, I declare that the foregoing is true and correct.

By: */s/ Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
215-564-6812
Dated: January 21, 2021        Attorney for Debtor