United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                             Case No. 20-13064-elf

Dalanda Averette                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID          Recipient Name and Address**
db                 +   Dalanda Averette, 7320 N. 20th Street, Philadelphia, PA 19138-2717

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                             Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

**Name                          Email Address**

CHARLES GRIFFIN WOHLRAB
            on behalf of Creditor NewRez LLC cwohlrab@raslg.com

CHRISTIAN A. DICICCO
            on behalf of Debtor Dalanda Averette cdicicco@myphillybankruptcylawyer.com
            christianadicicco@gmail.com;r57075@notify.bestcase.com

JOSHUA DOMER
            on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov karena.blaylock@phila.gov

REBECCA ANN SOLARZ
            on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | DALANDA AVERETTE, | : | Chapter 13 |
|---|---|---|---|
| | | : | |
| | Debtor | : | Bky. No.  20-13064 ELF |

# O R D E R

AND NOW, after a hearing, and for the reasons stated in court on **January 19, 2021,** it is hereby **ORDERED** that:

1. **On or before January 26, 2021**,  the Debtor shall file (and serve in accordance with the rules of court) any proofs of claim, objections to proofs of claim, motions or adversary complaints necessary to the confirmation of the Debtor's chapter 13 plan.

2. Failure to comply with the requirements of this Order may result in **DISMISSAL** of this case without further notice or hearing.

Date:  January 19, 2021

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE