**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>DALANDA AVERETTE<br>　　　　　　DEBTOR<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br>　　　　　OBJECTING PARTY.<br>　v.<br><br>DALANDA AVERETTE AND<br><br>WILLIAM C. MILLER, ESQUIRE<br>　　　　　RESPONDENTS. | Bankruptcy 20-13064-elf<br><br>Chapter 13<br><br>Related to Doc. Nos. 18 |

**PRAECIPE TO WITHDRAW PLAN OBJECTION**

**PLEASE TAKE NOTICE THAT**, on behalf of NewRez LLC D/B/A Shellpoint Mortgage Servicing the undersigned hereby withdraws the following document:

**DE 18, Objection to Confirmation of Plan, filed on November 30, 2020.**

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane & Partners, PLLC
　　　　　　　　　　　　　　　　　Authorized Agent for Secured Creditor
　　　　　　　　　　　　　　　　　10700 Abbott's Bridge Road, Suite 170,
　　　　　　　　　　　　　　　　　Duluth, GA 30097
　　　　　　　　　　　　　　　　　Telephone: 470-321-7112

　　　　　　　　　　　　　　　　　By: /s/Charles Wohlrab
　　　　　　　　　　　　　　　　　Charles Wohlrab, Esq.
　　　　　　　　　　　　　　　　　Email: CWohlrab@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**DALANDA AVERETTE**<br>            **DEBTOR**<br><br>**NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING,**<br>            **OBJECTING PARTY.**<br><br>v.<br><br>**DALANDA AVERETTE AND**<br><br>**WILLIAM C. MILLER, ESQUIRE**<br>            **RESPONDENTS.** | Bankruptcy 20-13064-elf<br><br>Chapter 13<br><br>Related to Doc. Nos. 18 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2021, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CHRISTIAN A. DICICCO
LAW OFFICES OF CHRISTIAN A. DICICCO
2008 CHESTNUT STREET
PHILADELPHIA, PA 19103

DALANDA AVERETTE
AKA DALANDA ANN AVERETTE-SMITH
AKA DALANDA SMITH
AKA DALANDA AVERETTE SMITH
7320 N. 20TH STREET
PHILADELPHIA, PA 19138

WILLIAM C. MILLER, ESQUIRE
P.O. BOX 1229
PHILADELPHIA, PA  19105

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

        By: /s/Ryan Keliher
        Ryan Keliher
        Email: rkeliher@raslg.com