# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Dalanda Averette | : | |
| Debtor | : | Bankruptcy No. 20-13064-elf |

## **PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw Document #30, Motion to Determine Value of Property, and related Documents, #31, Notice of Motion, and #32 Certificate of Service which was filed by Counsel for Debtor January 21, 2021.

Respectfully submitted,

/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812
Counsel for Debtor

**Dated:** February 23, 2021