**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DALANDA AVERETTE | : | |
| DEBTOR | : | BANKRUPTCY NO. 20-13064-ELF |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, I caused a copy of the foregoing 2nd Amended Chapter 13 Plan, to be served upon all parties in interest as follows:

Via Electronic Mail to:

**William C. Miller, Esq.**
Standing Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**Capital One Bank (USA) by American InfoSource**
Attn: Ashvani Murjani
POC_AIS@americaninfosource.com

**New Residential Mortgage, LLC**
mtgbk@shellpointmtg.com

**Charles Griffin Wohlrab, Esq.**
Attorney for Creditor NewRez LLC
cwohlrab@raslg.com

**Rebecca A. Solarz, Esq.**
Attorney for Creditor New Residential Mortgage, LLC
bkgroup@kmllawgroup.com

**Crescent Bank**
Attn: Angela Coleman
bankruptcy@cbtno.com

**Pamela Elchert Thurmond, Esq.**
Pamela.Thurmond@Phila.gov
Attorney for Creditor Water Revenue Bureau

**Joshua Domer, Esq**.
Attorney for Creditor City of Philadelphia
joshua.domer@phila.gov

Via First Class U.S. Mail, Postage Prepaid to:

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Pennsylvania Department of Revenue**
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

Under penalty of perjury, I declare that the foregoing is true and correct.

|  |  |
|---|---|
|  | By: */s/ Christian A. DiCicco, Esquire* |
|  | Christian A. DiCicco, Esquire |
|  | Law Offices of Christian A. DiCicco, LLC |
|  | 2008 Chestnut Street |
|  | Philadelphia, PA 19103 |
|  | 215-564-6812 |
| Dated: February 23, 2021 | Attorney for Debtor |