United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dalanda Averette  
Debtor  

Case No. 20-13064-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Mar 24, 2021 | Form ID: 155 | Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dalanda Averette, 7320 N. 20th Street, Philadelphia, PA 19138-2717 |
| 14521191 | + | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 14521190 | + | Abington Memorial Hospital, 2510 Maryland Road, Suite 200, Willow Grove, PA 19090-1135 |
| 14521189 | + | Abington Memorial Hospital, PO Box 786331, Philadelphia, PA 19178-6331 |
| 14521187 | + | Abington Memorial Hospital, PO Box 3012, Wilmington, DE 19804-0012 |
| 14521188 | + | Abington Memorial Hospital, PO Box 66, West Berlin, NJ 08091-0066 |
| 14521198 | + | Deville Mgmt, Attn: Bankruptcy, Po Box 1987, Colleyville, TX 76034-1987 |
| 14521199 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14521200 | | Enterprise, PO Box 405738, Atlanta, GA 30384-5738 |
| 14521201 | + | Enterprise Rent-A-Car, 726 Chester Pike, Prospect Park, PA 19076-1602 |
| 14521202 | + | Enterprise Rental Car, 265 Wilmington West Chester Pike, Chadds Ford, PA 19317-9039 |
| 14521203 | + | Everhome Mortgage Co/Ever Bank, Attn: Bankruptcy Department, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 14521205 | + | KML Law Group, Attn: Brooke Waisbord, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14525264 | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14527921 | | New Residential Mortgage LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14555834 | + | NewRez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14556173 | + | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, c/o Robertson, Anschutz, Schneid & Crane, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |
| 14524519 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14521209 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14521208 | + | Peoples Commerce, Inc., 1001 West Ridge Pike Rear, Conshohocken, PA 19428-1015 |
| 14521210 | + | Steven J. Schatz, Esq., 1818 Market Street, Suite 3620, Philadelphia, PA 19103-3657 |
| 14521211 | + | The Roman Catholic H.S. of Philadelphia, 301 N. Broad Street, Philadelphia, PA 19107-1094 |
| 14521212 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14521194 | Email/Text: megan.harper@phila.gov | Mar 25 2021 05:16:00 | City of Philadelphia, Law Dept. Tax Unit, One Parkway Bldg. - Bankruptcy Group, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14575899 | Email/Text: megan.harper@phila.gov | Mar 25 2021 05:16:00 | City of Philadelphia, Water Revenue Department, c/o Joshua Domer,Esquire, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14547667 | Email/Text: megan.harper@phila.gov | Mar 25 2021 05:16:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14540685 | Email/Text: bankruptcy@cbtno.com | Mar 25 2021 05:15:00 | CRESCENT BANK, PO BOX 2829, ADDISON, TX 75001 |
| 14521192 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 25 2021 04:55:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14525251 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |

Case 20-13064-elf    Doc 47    Filed 03/26/21    Entered 03/27/21 00:55:02    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: 155 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 25 2021 04:48:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14521195 | + | Email/Text: bankruptcy@cbtno.com | Mar 25 2021 05:16:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 14521196 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 25 2021 05:15:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14521204 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2021 05:15:00 | Internal Revenue Service, Room 5200 IE:T3:1, 600 Arch Street, Philadelphia, PA 19106 |
| 14521206 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 25 2021 05:15:00 | PECO, 2301 Market Street, N3-1, Philadelphia, PA 19103-1380 |
| 14521207 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2021 05:15:00 | Pennsylvania Department of Revenue, P.O. Box 280946, Bankruptcy Department, Harrisburg, PA 17128-0846 |
| 14575857 | + | Email/Text: megan.harper@phila.gov | Mar 25 2021 05:16:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14521213 | + | Email/Text: megan.harper@phila.gov | Mar 25 2021 05:16:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14521193 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14521197 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC cwohlrab@raslg.com |
| CHRISTIAN A. DICICCO | on behalf of Debtor Dalanda Averette cdicicco@myphillybankruptcylawyer.com christianadicicco@gmail.com;r57075@notify.bestcase.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov karena.blaylock@phila.gov |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 24, 2021 | Form ID: 155 | Total Noticed: 36

| | |
|---|---|
| KERI P EBECK | on behalf of Creditor Crescent Bank & Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dalanda Averette
      Debtor(s)    Chapter: 13
    Bankruptcy No: 20−13064−elf
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this March 23,2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

    45 − 8
    Form 155