### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dalanda Averette aka Dalanda Ann Averette-Smith aka Dalanda Smith aka Dalanda Averette Smith<br>Debtor(s) | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>Movant<br>vs.  | NO. 20-13064 ELF |
| Dalanda Averette aka Dalanda Ann Averette-Smith aka Dalanda Smith aka Dalanda Averette Smith<br>Debtor(s)<br><br>William C. Miller Esq.<br>Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this          day of                    , 2021, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and that the automatic stay under 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 (as applicable) of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 7320 North 20th Street, Philadelphia, PA 19138 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Date:  9/21/21

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE