# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 20-13064-ELF

DALANDA  AVERETTE

7320 N. 20TH STREET

PHILADELPHIA, PA 19138

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DALANDA  AVERETTE

7320 N. 20TH STREET

PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Date: 9/28/2021

/S/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee