United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13064-elf |
| Dalanda Averette | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dalanda Averette, 7320 N. 20th Street, Philadelphia, PA 19138-2717 |
| 14521191 | + | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 14521189 | + | Abington Memorial Hospital, PO Box 786331, Philadelphia, PA 19178-6331 |
| 14521190 | + | Abington Memorial Hospital, 2510 Maryland Road, Suite 200, Willow Grove, PA 19090-1135 |
| 14521187 | + | Abington Memorial Hospital, PO Box 3012, Wilmington, DE 19804-0012 |
| 14521188 | + | Abington Memorial Hospital, PO Box 66, West Berlin, NJ 08091-0066 |
| 14521198 | + | Deville Mgmt, Attn: Bankruptcy, Po Box 1987, Colleyville, TX 76034-1987 |
| 14521199 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14521200 | | Enterprise, PO Box 405738, Atlanta, GA 30384-5738 |
| 14521201 | + | Enterprise Rent-A-Car, 726 Chester Pike, Prospect Park, PA 19076-1602 |
| 14521202 | + | Enterprise Rental Car, 265 Wilmington West Chester Pike, Chadds Ford, PA 19317-9039 |
| 14521203 | + | Everhome Mortgage Co/Ever Bank, Attn: Bankruptcy Department, 301 West Bay Street, Jacksonville, FL 32202-5184 |
| 14521205 | + | KML Law Group, Attn: Brooke Waisbord, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14525264 | + | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14527921 | | New Residential Mortgage LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14555834 | + | NewRez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14556173 | + | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, c/o Robertson, Anschutz, Schneid & Crane, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |
| 14524519 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14521209 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14521208 | + | Peoples Commerce, Inc., 1001 West Ridge Pike Rear, Conshohocken, PA 19428-1015 |
| 14521210 | + | Steven J. Schatz, Esq., 1818 Market Street, Suite 3620, Philadelphia, PA 19103-3657 |
| 14521211 | + | The Roman Catholic H.S. of Philadelphia, 301 N. Broad Street, Philadelphia, PA 19107-1094 |
| 14521212 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 26 2021 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2021 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 26 2021 23:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Oct 26 2021 23:41:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14521194 | | Email/Text: megan.harper@phila.gov | Oct 26 2021 23:41:00 | City of Philadelphia, Law Dept. Tax Unit, One Parkway Bldg. - Bankruptcy Group, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14575899 | | Email/Text: megan.harper@phila.gov | Oct 26 2021 23:41:00 | City of Philadelphia, Water Revenue Department, c/o Joshua Domer,Esquire, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14547667 | | Email/Text: megan.harper@phila.gov | Oct 26 2021 23:41:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14540685 | | Email/Text: bankruptcy@cbtno.com | Oct 26 2021 23:41:00 | CRESCENT BANK, PO BOX 2829, ADDISON, TX 75001 |
| 14521192 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 23:47:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14525251 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 26 2021 23:47:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14521195 | + | Email/Text: bankruptcy@cbtno.com | Oct 26 2021 23:41:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 14521196 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2021 23:41:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14521204 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2021 23:41:00 | Internal Revenue Service, Room 5200 IE:T3:1, 600 Arch Street, Philadelphia, PA 19106 |
| 14521206 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 26 2021 23:41:00 | PECO, 2301 Market Street, N3-1, Philadelphia, PA 19103-1380 |
| 14521207 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2021 23:41:00 | Pennsylvania Department of Revenue, P.O. Box 280946, Bankruptcy Department, Harrisburg, PA 17128-0846 |
| 14575857 | + | Email/Text: megan.harper@phila.gov | Oct 26 2021 23:41:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14521213 | + | Email/Text: megan.harper@phila.gov | Oct 26 2021 23:41:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NewRez LLC, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14521193 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14521197 | *+ | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC cwohlrab@raslg.com |
| CHRISTIAN A. DICICCO | on behalf of Debtor Dalanda Averette cdicicco@myphillybankruptcylawyer.com christianadicicco@gmail.com;r57075@notify.bestcase.com |
| JOSHUA DOMER | on behalf of Creditor CITY OF PHILADELPHIA joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Crescent Bank & Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| DALANDA AVERETTE | |
| Debtor | Bankruptcy No. 20-13064-ELF |

## **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 26, 2021**

_____
Honorable Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Debtor:
DALANDA AVERETTE

7320 N. 20TH STREET

PHILADELPHIA, PA 19138